UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WARNER BROS. RECORDS INC., et al. | : | |
| v. | : | C.A. No. 05-231S |
| DOES 1-5 | : | |

**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Upon the Application of Plaintiffs for Leave To Take Immediate Discovery, the supporting Memorandum of Law and the Declaration of Jonathan Whitehead, the Court finds there is good cause for expedited discovery, in particular, to preserve evidence and to identify the defendants for service.

It is therefore ORDERED that:

1. Plaintiffs may serve immediate discovery on Brown University ("Brown") to obtain the identity of Doe Defendants 1-5 by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including the name, address, telephone number, email address and Media Access Control address for each Defendant;

2. If and when Brown is served with a subpoena, within five business days thereof, it shall give notice (notice via email is sufficient) of the subpoena to the subscribers in question. If Brown and/or any Defendant wishes to move to quash the subpoena, the party must do so before the return date of the subpoena, which will be 15 business days from the date of service.

3. If and when Brown is served with a subpoena, Brown shall immediately preserve the subpoenaed information in question pending resolution of any timely-filed motion to quash; and

4. Counsel for Plaintiffs shall provide a copy of this Order to Brown along with the subpoena.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena shall be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

LINCOLN D. ALMOND
United States Magistrate Judge
June 10, 2005