FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation,

Plaintiffs,

vs.

DOES 1 - 5,

Defendants.

Civil No. 05 231 S

Referred to U.S.M. Almond
for determination
Date: 6/2/05

6/10/05: GRANTED PURSUANT TO Fed. R. Evid. 201(d).
USMJ

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Pursuant to Fed. R. Evid. 201, Plaintiffs hereby request that the Court take Judicial Notice of the following documents in support of their *Ex Parte* Application for Leave to Take Immediate Discovery, copies of which are attached hereto as Exhibits:

**Exhibit A:** Order, BMG Music v. Does 1-9, Case No. 5:04-cv-58 (W.D. Mich. May 6, 2004).

(3)