**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation<br><br>Plaintiffs,<br>v.<br><br>DOES 1-5<br>Defendants. | Civil No.: CA 05-231S |

## AMENDED MOTION TO DISMISS

Now comes the Plaintiff in the above-captioned matter by and through it's attorney, the undersigned James E. O'Neil, Esq., and amends its earlier Motion to Dismiss forwarded to this Honorable Court on June 22, 2005 to dismiss, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, with prejudice Doe 3, also known as IP address 138.16.28.11 2005-05-06, from the above-captioned matter.

As reason in support of such Motion, the Court is respectfully advised that the original Motion, a copy of which is appended hereto and incorporated by reference herein, erroneously indicated that Plaintiff's sought to dismiss without prejudice Doe 3, also known as IP address 138.16.28.211 2005-05-06 20:24:59 from the above-captioned matter.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax