**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-5<br><br>Defendants. | Civil No.: CA 05-231S |

## MOTION TO DISMISS

Now comes the Plaintiff in the above-captioned matter by and through it's attorney, the undersigned James E. O'Neil, Esq., and moves, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure to dismiss with prejudice Doe 3, also known as IP address 138.16.28.211 2005-05-06 20:24:59, from the above-captioned matter.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-5<br><br>Defendants. | Civil No.: CA 05-231S |

**MOTION TO VACATE**

Now comes the Plaintiff in the above-captioned matter by and through it's attorney, the undersigned James E. O'Neil, Esq., and moves, this Honorable Court to Vacate the Order granting Plaintiff's Motion to Dismiss without prejudice Doe 3, also known as IP address 138.16.28.211 2005-05-06 20:24:59, from the above-captioned matter (a copy of which is appended hereto and incorporated by reference herein)

As reason in support of said request the Court is respectfully advised that Plaintiff will be filing a Motion to Dismiss with prejudice forthwith.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-5<br><br>Defendants. | ) | Civil No.: CA 05-231S |

**MOTION TO DISMISS**

Now comes the Plaintiff in the above-captioned matter by and through it's attorney, the undersigned James E. O'Neil, Esq., and moves, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure to dismiss with prejudice Doe 3, also known as IP address 138.16.28.211 2005-05-06 20:24:59, from the above-captioned matter.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-5<br><br>Defendants. | Civil No.: CA 05-231S |

**MOTION TO DISMISS**

Now comes the Plaintiff in the above-captioned matter by and through it's attorney, the undersigned James E. O'Neil, Esq., and moves, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure to dismiss without prejudice Doe 3, also known as IP address 138.16.28.211 2005-05-06 20:24:59, from the above-captioned matter.

William E. Smith
U.S. District Judge
6/23/05

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax