**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation

Plaintiffs,

v.

DOES 1-5

Defendants.

Civil No.: CA 05-231S

FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO DISMISS**

Now comes the Plaintiff in the above-captioned matter by and through it's attorney, the undersigned James E. O'Neil, Esq., and moves, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure to dismiss with prejudice Doe 1, also known as IP address 138.16.33.229 2005-05-04 09:11:36, from the above-captioned matter.

ENTER
WmM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/24/05

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax